UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL THOMPSON, Warden,<br><br>　　　　　Respondent. | No.  2:20-cv-1258 CKD P<br><br><br>ORDER |

　　　　Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee.  See 28 U.S.C. §§ 1914(a) & 1915(a). Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

　　　　2. Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee.  Petitioner's failure to comply with this order will result in dismissal.

Dated: July 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly
rice1258.ifp