UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAND RICE, | No. 2:20-cv-01258-JAM-CKD P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in this habeas corpus action filed pursuant to 28 U.S.C. § 2241. On March 30, 2021, petitioner filed his second motion for default judgment indicating that he had not received a copy of the respondent's motion to dismiss his § 2241 petition. ECF No. 20. By order dated March 22, 2021, the court required respondent to re-serve its motion to dismiss on petitioner within 7 days. ECF No. 18. Respondent filed a certificate of service on March 29, 2021 indicating that it was mailed to petitioner on the same day. Therefore, it is not surprising to the court that petitioner had not received it by the time he mailed his motion for default judgment a day later. However, since this is not the first time that petitioner contends that he has not received his service copy of a pleading, the court will require petitioner to submit a copy of his prison mail log from September 1, 2020 to the present. If petitioner has received a copy of the motion to dismiss by the date of this order, he must submit a request to withdraw his motion for default within 14 days from the date of this order.

1

Accordingly, IT IS HEREBY ORDERED that within 14 days from the date of this order, petitioner shall file either: 1) a copy of his prison mail log from September 1, 2020 to the present; or, 2) a request to withdraw his motion for default if he has received a copy of the motion to dismiss.

Dated:  April 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rice1258.oscmail.docx